CLOSED, INTERPRETER, PROB/SR TRAN, SL DOC

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:10−cr−00191−CEM−GJK−4

Case title: USA v. Hernandez et al

Date Filed: 07/21/2010

Date Terminated: 01/24/2012

Assigned to: Judge Carlos E.
Mendoza
Referred to: US Magistrate Judge
Gregory J Kelly

Appeals court case number:
12−11147−AA USCA

### Defendant (4)

**Natacha Jihad Pizarro−Campos**
*TERMINATED: 01/24/2012*

represented by **Danli Song**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801−3417
407/648−6338
Email: alicia_payton@fd.org
*TERMINATED: 11/25/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer R. Dixon**
Amherst Holdings, LLC
P.O. Box 91
Apopka, FL 32704−0091
754−210−2664
Email: jdixon@amherst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard S. Dellinger**
Dan Newlin Injury Attorneys
7335 W Sand Lake Road
Suite 300
Orlando, FL 32819
407−203−0945
Fax: 321−319−9504
Email: richard.dellinger@newlinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (conspired to
possess with intent to distribute a
detectable amount of
methamphetamine)
(1)

### Disposition

Imprisonment − 120 Months. Supervised Release − 5
Years. Mandatory drug testing imposed. Special
Conditions of Supervised Release − Participate in a
substance abuse treatment program; Participate in a
mental health treatment program; Cooperate with
DNA; Fine Waived; Special Assessment − $100.00
Due Immediately. Forfeitures pursuant to the Plea
Agreement. Remanded to the custody of the U.S.
Marshal. Defendant informed of right to appeal.

**Highest Offense Level**
**(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (possessed with intent to distribute and distributed a detectable amount of methamphetamine) (2) | Dimsissed |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE (possessed with intent to distribute and distributed a detectable amount of methamphetamine) (4–7) | Dismissed |

**Highest Offense Level**
**(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | **Daniel Paul Jancha** |

United States Attorney's Office
400 West Washington Street., Suite 3100
Orlando, FL 32801
407–648–7531
Fax: 407–648–7643
Email: daniel.jancha@usdoj.gov
*TERMINATED: 11/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David L. Haas**
Haas Law, PLLC
201 S Orange Ave
Suite 1017
Orlando, FL 32801
407–755–7675
Email: david@haaslawpllc.com
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Michele Harrington**
United States Attorney's Office
400 W. Washington Street, Suite 3100
Orlando, FL 32801
407–648–7651

Fax: 407−648−7643
Email: Jennifer.harrington2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranganath Manthripragada**
U.S. Attorney's Office – FLM
400 W. Washington Street, Ste. 3100
Orlando, FL 32801
407−648−7500
Fax: 407−648−7643
Email: ranganath.manthripragada@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roberta J. Bodnar**
DOJ−USAO
Roberta Josephina Bodnar
35 SE 1st Ave.
Suite 300
Ocala, FL 34471
352−547−3600
Fax: 352−547−3623
Email: roberta.bodnar@usdoj.gov
*TERMINATED: 01/21/2020*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2010 | 1 | INDICTMENT returned in open Court as to Rafael Hernandez (1) counts 1, 2−9, 10, Oliverio Diamantez (2) counts 9, 10, Gilberto Alvarez Cervantes (3) counts 9, 10, Natacha Jihad Pizarro−Campos (4) counts 1, 2, 4−7, Edward Schwartz (5) count 10. (JET) (Entered: 07/23/2010) |
| 07/21/2010 | 2 | MOTION to seal Indictment and related documentsby USA as to Rafael Hernandez, Oliverio Diamantez, Gilberto Alvarez Cervantes, Natacha Jihad Pizarro−Campos, Edward Schwartz. (JET) (Entered: 07/23/2010) |
| 07/21/2010 | 3 | ORDER granting 2 Motion to Seal Document as to Rafael Hernandez (1), Oliverio Diamantez (2), Gilberto Alvarez Cervantes (3), Natacha Jihad Pizarro−Campos (4), Edward Schwartz (5). The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody. Signed by Magistrate Judge Gregory J. Kelly on 7/21/2010. (JET) (Entered: 07/23/2010) |
| 07/23/2010 | 9 | NOTICE of attorney appearance David L. Haas appearing for USA. (Haas, David) (Entered: 07/23/2010) |
| 07/23/2010 | 10 | NOTICE of estimated length of trial by USA Estimated trial length: four days. (Haas, David) (Entered: 07/23/2010) |
| 07/23/2010 | 11 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Rafael Hernandez, Oliverio Diamantez, Gilberto Alvarez Cervantes, Natacha Jihad Pizarro−Campos, Edward Schwartz by USA. Related case(s): yes (Haas, David) (Entered: 07/23/2010) |
| 07/23/2010 | 12 | NOTICE of possible conflict of interest by USA as to Rafael Hernandez, Oliverio Diamantez, Gilberto Alvarez Cervantes, Natacha Jihad Pizarro−Campos, Edward Schwartz (Haas, David) (Entered: 07/23/2010) |
| 08/04/2010 | 25 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Natacha Jihad Pizarro−Campos. (Attachments: # 1 Text of Proposed Order Writ)(Haas, David) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 08/04/2010) |
| 08/09/2010 | 28 | WRIT of habeas corpus ad prosequendum issued as to Natacha Jihad Pizarro−Campos for 8/31/10. Signed by Judge Magistrate Judge Gregory J. Kelly.( Arraignment set for 8/31/2010 at 09:30 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. |

| | | |
|---|---|---|
| | | Kelly., Initial Appearance set for 8/31/2010 at 09:30 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. Kelly.) Copies mailed/emailed. (KKA) (Entered: 08/09/2010) |
| 08/25/2010 | 42 | NOTICE canceling Initial Appearance and Arraignment scheduled for 8/31/10 as to Natacha Jihad Pizarro–Campos. (KKA) (Entered: 08/25/2010) |
| 08/25/2010 | 43 | Minute Entry for proceedings held before Magistrate Judge David A. Baker: ARRAIGNMENT as to Natacha Jihad Pizarro–Campos (4) Count 1, 2, 4–7 held on 8/25/2010. Defendant(s) pled not guilty., INITIAL appearance as to Natacha Jihad Pizarro–Campos held on 8/25/2010. (digital) (Interpreter/Language: Laura Cruz) (KKA) (Entered: 08/26/2010) |
| 08/25/2010 | 44 | ***CJA 23 financial affidavit by Natacha Jihad Pizarro–Campos. (KKA) (Entered: 08/26/2010) |
| 08/25/2010 | 45 | ORDER appointing Laura Cruz as interpreter in this action as to Natacha Jihad Pizarro–Campos. Signed by Magistrate Judge David A. Baker on 8/25/2010. Copies mailed/emailed.(KKA) (Entered: 08/26/2010) |
| 08/25/2010 | 46 | NOTICE of attorney appearance: Richard S. Dellinger appearing for Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 08/26/2010) |
| 08/25/2010 | 47 | SCHEDULING ORDER as to Natacha Jihad Pizarro–Campos. Jury Trial set for 10/4/2010 at 09:00 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven. The parties shall file a Joint Status Report on the 15th day of each month. Signed by Magistrate Judge David A. Baker on 8/25/2010. Copies mailed/emailed. (KKA) (Entered: 08/26/2010) |
| 08/25/2010 | 48 | ORDER OF DETENTION not currently eligible for release as to Natacha Jihad Pizarro–Campos. Signed by Magistrate Judge David A. Baker on 8/25/2010. Copies mailed/emailed.(KKA) (Entered: 08/26/2010) |
| 09/02/2010 | 61 | Unopposed MOTION to Determine Competency and Memorandum of Law by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) Modified on 9/3/2010 (LAK). (Entered: 09/02/2010) |
| 09/02/2010 | 64 | NOTICE *of Insanity Defense* by Natacha Jihad Pizarro–Campos (Dellinger, Richard) (Entered: 09/02/2010) |
| 09/03/2010 | 65 | MOTION for Mental Exam *to Determine Sanity* by USA as to Natacha Jihad Pizarro–Campos. (Haas, David) Motions referred to Magistrate Judge Gregory J. Kelly. Text modified on 9/7/2010 (RDO). (Entered: 09/03/2010) |
| 09/07/2010 | 66 | ORDER granting 61 Defendant's unopposed motion to determine competency as to Natacha Jihad Pizarro–Campos (4); granting 65 Motion for Psychiatric Exam as to Natacha Jihad Pizarro–Campos (4). Signed by Magistrate Judge Gregory J. Kelly on 9/7/2010. (PAB) (Entered: 09/07/2010) |
| 09/14/2010 | 76 | STATUS REPORT *Joint* by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 09/14/2010) |
| 10/01/2010 | 86 | ORDER CONTINUING TRIAL as to Defendants Gilberto Alvarez Cervantes, Natacha Jihad Pizarro–Campos and Edward Schwartz. The Court will set the date of trial by separate order. Signed by Judge Mary S. Scriven on 10/1/2010. (ABG) (Entered: 10/01/2010) |
| 10/04/2010 | | Sealed document (S–10). (DDK) (Entered: 10/04/2010) |
| 10/12/2010 | 88 | STATUS REPORT *Joint* by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 10/12/2010) |
| 10/22/2010 | 90 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC01. Signed by Judge Mary S. Scriven on 10/7/10. Processed 10/18/10.(jc) (Entered: 10/22/2010) |

| | | |
|---|---|---|
| 11/14/2010 | 96 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC02. Signed by Judge Mary S. Scriven on 11/03/10. Processed 11/5/10.(jc) (Entered: 11/14/2010) |
| 12/06/2010 | | Sealed document (S–11) (PML) (Entered: 12/06/2010) |
| 12/07/2010 | 122 | CJA 20 as to Natacha Jihad Pizarro–Campos: Appointment of Attorney Richard Dellinger made by Magistrate Judge David A. Baker on 8/25/10. (HSL) (Entered: 12/07/2010) |
| 12/08/2010 | 123 | NOTICE OF HEARING as to Natacha Jihad Pizarro–Campos. Competency Hearing set for 1/6/2011 at 10:00 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. Kelly. Copies mailed/emailed.(KKA) (Entered: 12/08/2010) |
| 12/15/2010 | 125 | STATUS REPORT *Joint* by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 12/15/2010) |
| 01/03/2011 | | Sealed document S–12 (JET) (Entered: 01/04/2011) |
| 01/03/2011 | | Sealed document S–13 (JET) (Entered: 01/04/2011) |
| 01/04/2011 | 128 | PLEA AGREEMENT re: count(s) One of the Indictment as to Natacha Jihad Pizarro–Campos. (Haas, David) (Entered: 01/04/2011) |
| 01/06/2011 | 129 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: COMPETENCY hearing as to Natacha Jihad Pizarro–Campos held on 1/6/2011. Court finds defendant competent to stand trial. (digital) (Interpreter/Language: Vanessa Wagenknecht) (KKA). (Entered: 01/06/2011) |
| 01/06/2011 | 130 | NOTICE OF HEARING as to Natacha Jihad Pizarro–Campos. Change of Plea Hearing set for 1/12/2011 at 11:00 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. Kelly. Copies mailed/emailed.(KKA) (Entered: 01/06/2011) |
| 01/12/2011 | 131 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: CHANGE of plea hearing as to Natacha Jihad Pizarro–Campos held on 1/12/2011. (digital) (Interpreter/Language: Etienne van Hissenhoven) (KKA) (Entered: 01/12/2011) |
| 01/12/2011 | 132 | NOTICE regarding plea of guilty furnished to counsel by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 01/12/2011) |
| 01/12/2011 | 133 | CONSENT to inspection of presentence investigation report by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 01/12/2011) |
| 01/12/2011 | 134 | REPORT AND RECOMMENDATION concerning plea of guilty re: count(s) One of the Indictment as to Natacha Jihad Pizarro–Campos. Signed by Magistrate Judge Gregory J. Kelly on 1/12/2011. Copies mailed/emailed.(KKA) (Entered: 01/12/2011) |
| 01/12/2011 | 135 | NOTICE of no objection re 134 Report and recommendation concerning plea of guilty by USA as to Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 01/12/2011) |
| 01/12/2011 | 136 | NOTICE of no objection re 134 Report and recommendation concerning plea of guilty by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 01/12/2011) |
| 01/13/2011 | 137 | NOTICE OF SENTENCING HEARING as to Natacha Jihad Pizarro–Campos. Sentencing set for Wednesday, 4/6/2011 at 10:00 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. All Objections to the Pre–Sentence Report or Motions pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. Defendant's presence is required. (Spanish Interpreter is required) (NBL) copies mailed/e–mailed (Entered: 01/13/2011) |
| 02/15/2011 | 139 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC03. |

| | | Signed by Judge Mary S. Scriven on 2/10/11. Processed 2/11/11.(jc) (Entered: 02/15/2011) |
|---|---|---|
| 03/31/2011 | 149 | SENTENCING MEMORANDUM by Natacha Jihad Pizarro–Campos (Attachments: # 1 Exhibit)(Dellinger, Richard) (Entered: 03/31/2011) |
| 04/01/2011 | 150 | RESPONSE to 149 Sentencing memorandum by USA as to Natacha Jihad Pizarro–Campos (Haas, David) Modified on 4/4/2011 (SR). (Entered: 04/01/2011) |
| 04/05/2011 | 151 | NOTICE *of Filing Chaplain's Letter* by Natacha Jihad Pizarro–Campos (Dellinger, Richard) (Entered: 04/05/2011) |
| 04/06/2011 | 152 | Minute Entry (SENTENCING HEARING DAY 1) Proceedings held before Judge Mary S. Scriven on 4/6/2011 as to Natacha Jihad Pizarro–Campos. The Court continues this hearing until further notice for counsel to try to work out the remaing issue. Day 2 of this sentencing hearing will be rescheduled by separate notice.Attorneys present: David Haas, AUSA, Richard Dellinger. Time: 10:12 am to 10:54 am. Court Reporter: Koretta Stanford (Interpreter/Language: Etienne Van Hissehoven/Spanish) (NBL) (Entered: 04/06/2011) |
| 04/18/2011 | 156 | NOTICE *of Withdrawal of Guilty Plea and Request for a Speedy Trial* by Natacha Jihad Pizarro–Campos (Dellinger, Richard) (Entered: 04/18/2011) |
| 04/18/2011 | 157 | MOTION to suppress *Statements, Memorandum of Law in Support, and Request for Suppression Hearing* by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) (Entered: 04/18/2011) |
| 04/21/2011 | 159 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC04. Signed by Judge Mary S. Scriven on 4/6/11. Processed 4/20/11.(jc) (Entered: 04/21/2011) |
| 04/26/2011 | 160 | ORDER CONTINUING the trial of Defendant Pizzaro–Campos pending the resolution of her Motion to Suppress Statements. Signed by Judge Mary S. Scriven on 4/26/2011. (ABG) (Entered: 04/26/2011) |
| 04/27/2011 | 161 | TRANSCRIPT of the change of plea as to Natacha Jihad Pizzaro–Campos held on January 12, 2011, before Judge Gregory J. Kelly. Court Reporter/Transcriber Diane Peede, Telephone number (407) 615–0305. Tape Number: digital. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/18/2011, Redacted Transcript Deadline set for 5/31/2011, Release of Transcript Restriction set for 7/26/2011. (DP) (Entered: 04/27/2011) |
| 04/27/2011 | 162 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT (doc. #161). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizzaro–Campos. Court Reporter: Diane Peede (DP) (Entered: 04/27/2011) |
| 04/28/2011 | 163 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC05. Signed by Judge Mary S. Scriven on 4/19/11. Processed 4/26/11.(jc) (Entered: 04/28/2011) |
| 04/29/2011 | 164 | RESPONSE to motion by USA as to Natacha Jihad Pizarro–Campos re 157 MOTION to suppress *Statements, Memorandum of Law in Support, and Request for Suppression Hearing* (Haas, David) (Entered: 04/29/2011) |
| 05/04/2011 | 165 | NOTICE OF SUPPRESSION HEARING as to Natacha Jihad Pizarro–Campos re: 157 MOTION to Suppress Statements. Suppression Hearing is set for **Tuesday, 5/17/2011 at 10:00 AM** in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District |

| | | Court, 401 West Central Blvd., Orlando, Florida. Defendant's presence is required. Spanish Interpreter is required. (NBL) copies mailed/e−mailed (Entered: 05/04/2011) |
|---|---|---|
| 05/05/2011 | 166 | Unopposed MOTION to continue *Suppression Hearing* by Natacha Jihad Pizarro−Campos. (Dellinger, Richard) (Entered: 05/05/2011) |
| 05/05/2011 | 167 | ENDORSED ORDER GRANTING 166 Defendant's Motion to Continue Suppression Hearing as to Natacha Jihad Pizarro−Campos (4). The suppression hearing will be rescheduled by separate notice. Signed by Judge Mary S. Scriven on 5/5/2011. (NBL) copies mailed/e−mailed (Entered: 05/05/2011) |
| 05/05/2011 | 168 | AMENDED NOTICE OF SUPPRESSION HEARING as to Natacha Jihad Pizarro−Campos re: 157 MOTION to Suppress Statements. Suppression Hearing is rescheduled for Wednesday, 5/18/2011 at 2:00 PM in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. Defendant's presence is required. Spanish Interpreter is required. *(previously noticed for 5/17/2011) (NBL) copies mailed/e−mailed (Entered: 05/05/2011) |
| 05/09/2011 | 169 | TRANSCRIPT of Sentencing – Day 1 as to Natacha Jihad Pizarro−Campos held on 04/06/2011 before Judge Mary S. Scriven. Court Reporter/Transcriber Koretta Stanford, Telephone number 407−872−1715. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/31/2011, Redacted Transcript Deadline set for 6/9/2011, Release of Transcript Restriction set for 8/8/2011. (KS) (Entered: 05/09/2011) |
| 05/09/2011 | 170 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, Doc. 169. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizarro−Campos. Court Reporter: Koretta Stanford (KS) (Entered: 05/09/2011) |
| 05/09/2011 | 171 | MOTION for miscellaneous relief, specifically Ex−Parte Application for Issuance of Subpoena for May 18, 2011 Suppression Hearing re 168 Notice of hearing on motion by Natacha Jihad Pizarro−Campos. (Dellinger, Richard) Modified on 5/10/2011 (SR). Modified on 5/10/2011 (NBL). . (Entered: 05/09/2011) |
| 05/10/2011 | 172 | ORDER GRANTING 171 Defendant's Application for Issuance of Subpoena for May 18, 2011 Suppression Hearing as to Natacha Jihad Pizarro−Campos (4). Signed by Judge Mary S. Scriven on 5/10/2011. (NBL) copies mailed/e−mailed Modified on 5/10/2011 (NBL). (Entered: 05/10/2011) |
| 05/11/2011 | 174 | First MOTION in limine by USA as to Natacha Jihad Pizarro−Campos. (Haas, David) (Entered: 05/11/2011) |
| 05/11/2011 | 175 | STATUS REPORT *Joint* by USA as to Natacha Jihad Pizarro−Campos (Haas, David) (Entered: 05/11/2011) |
| 05/12/2011 | 177 | MEMORANDUM in opposition by Natacha Jihad Pizarro−Campos re 174 Motion in limine and Defendant's MOTION in Limine Relating to Pre−Trial Statements (Dellinger, Richard) Modified on 5/13/2011 (SR). (Entered: 05/12/2011) |
| 05/17/2011 | 178 | ENDORSED CJA 24 as to Natacha Jihad Pizarro−Campos: authorization to pay Diane Peede for transcript – Voucher ORL2411−012. Signed by Magistrate Judge Gregory J. Kelly on 5/10/11. Processed 5/16/11.(jc) (Entered: 05/17/2011) |
| 05/18/2011 | 179 | NOTICE of attorney appearance: Jennifer R. Dixon appearing for Natacha Jihad Pizarro−Campos (Dixon, Jennifer) (Entered: 05/18/2011) |
| 05/19/2011 | 180 | Minute Entry (SUPPRESSION HEARING) Proceedings held before Judge Mary S. Scriven as to Natacha Jihad Pizarro−Campos re 157 Defendant's Motion to Suppress Statements on 5/18/2011. Court Reporter: Koretta Stanford (Interpreter/Language: Etienne VanHissenhoven/Spanish) (NBL) (Entered: 05/19/2011) |

| 05/19/2011 | 181 | EXHIBIT LIST (Suppression Hearing) by USA as to Natacha Jihad Pizarro–Campos (NBL) (Entered: 05/19/2011) |
|---|---|---|
| 05/20/2011 | 182 | EXHIBIT LIST (Suppression Hearing) by Natacha Jihad Pizarro–Campos. *Defendant Exhibit 2 Report, placed under SEAL by the Court. (NBL) (Entered: 05/20/2011) |
| 05/24/2011 | 183 | MEMORANDUM Relating to Rule 5 Violation by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) Modified on 5/25/2011 (SR). (Entered: 05/24/2011) |
| 05/25/2011 | 184 | ENDORSED CJA 24 as to Natacha Jihad Pizarro–Campos: authorization to pay Koretta Stanford for transcript Voucher ORL2411–013. Signed by Judge Mary S. Scriven on 5/17/11. Processed 5/24/11.(jc) (Entered: 05/25/2011) |
| 06/01/2011 | 185 | PLEA AGREEMENT re: count(s) One of the Indictment as to Natacha Jihad Pizarro–Campos. (Haas, David) (Entered: 06/01/2011) |
| 06/07/2011 | 186 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC06. Signed by Judge Mary S. Scriven on 5/24/11. Processed 6/6/11.(jc) (Entered: 06/07/2011) |
| 06/14/2011 | 188 | JOINT STATUS REPORT by USA as to Natacha Jihad Pizarro–Campos (Haas, David) Modified on 6/15/2011 (SR). (Entered: 06/14/2011) |
| 06/16/2011 | 189 | NOTICE OF HEARING as to Natacha Jihad Pizarro–Campos. Change of Plea Hearing set for 6/22/2011 at 10:00 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. Kelly. Copies mailed/emailed.(KKA) (Entered: 06/16/2011) |
| 06/22/2011 | 190 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: CHANGE of plea hearing as to Natacha Jihad Pizarro–Campos held on 6/22/2011. (digital) (KKA) (Entered: 06/22/2011) |
| 06/22/2011 | 191 | NOTICE regarding plea of guilty furnished to counsel by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 06/22/2011) |
| 06/22/2011 | 192 | CONSENT to inspection of presentence investigation report by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 06/22/2011) |
| 06/22/2011 | 193 | REPORT AND RECOMMENDATION concerning plea of guilty re: count(s) One of the Indictment as to Natacha Jihad Pizarro–Campos. Signed by Magistrate Judge Gregory J. Kelly on 6/22/2011. Copies mailed/emailed.(KKA) (Entered: 06/22/2011) |
| 06/22/2011 | 194 | NOTICE of no objection re 193 Report and recommendation concerning plea of guilty by USA as to Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 06/22/2011) |
| 06/22/2011 | 195 | NOTICE of no objection re 193 Report and recommendation concerning plea of guilty by Natacha Jihad Pizarro–Campos. Copies mailed/emailed. (KKA) (Entered: 06/22/2011) |
| 06/23/2011 | 196 | NOTICE OF SENTENCING HEARING as to Natacha Jihad Pizarro–Campos. Sentencing set for Wednesday, 9/7/2011 at 10:30 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. All Objections to the Pre–Sentence Report or Motions pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. Counsel are to notify the Courtroom Deputy Clerk within (14) days from the date of this Notice if they believe the sentencing will be longer than 30 minutes. Defendant's presence is required. Spanish Interpreter is required. (NBL) copies mailed/e–mailed (Entered: 06/23/2011) |
| 06/27/2011 | 197 | ORDER DENYING as moot 157 Defendant Pizarro–Campos's Motion to Suppress Statements; 174 the Government's First Motion in Limine; and 177 Defendant Pizarro Campos's Motion in Limine relating to Pre–Trial Statements. Signed by Judge Mary S. Scriven on 6/27/2011. (ABG) (Entered: 06/27/2011) |

| 07/14/2011 | 198 | JOINT STATUS REPORT by USA as to Natacha Jihad Pizarro–Campos (Haas, David) Modified on 7/15/2011 (SR). (Entered: 07/14/2011) |
|---|---|---|
| 07/20/2011 | 201 | AMENDED NOTICE OF SENTENCING HEARING as to Natacha Jihad Pizarro–Campos. Sentencing is rescheduled for Thursday, 9/29/2011 at 11:00 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. All Objections to the Pre–Sentence Report or Motions pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. Counsel are to notify the Courtroom Deputy Clerk within (14) days from the date of this Notice if they believe the sentencing will be longer than 30 minutes. Defendant's presence is required. Spanish Interpreter is required. *(Previously noticed for 9/7/2011) (NBL) copies mailed/e–mailed (Entered: 07/20/2011) |
| 07/21/2011 | 202 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC07. Signed by Judge Mary S. Scriven on 7/12/11. Processed 7/20/11.(jc) (Entered: 07/21/2011) |
| 09/12/2011 | 206 | Unopposed MOTION for miscellaneous relief, specifically Additional Time To Address Legal Issues as Sentencing Hearing by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) (Entered: 09/12/2011) |
| 09/13/2011 | 207 | ORDER DENYING WITHOUT PREJUDICE 206 Defendant's Unopposed Motion for Additional Hearing Time to Address Legal Issues at Sentencing Hearing as to Natacha Jihad Pizarro–Campos (4). Defendant shall have **(14) days** from the date of this Order to file written submission on the issues with the Court. The Government shall have **(14) days** from the date of the filing of Defendant's submissions to file a response. **The sentencing hearing set for September 29, 2011 at 11:00 a.m. is CONTINUED by the Court until further notice.** Signed by Judge Mary S. Scriven on 9/13/2011. (NBL) copies mailed/e–mailed (Entered: 09/13/2011) |
| 09/14/2011 | | Terminate deadlines and hearings as to Natacha Jihad Pizarro–Campos. Sentencing set for September 29, 2011 at 11:00 a.m. is continued until further notice. (NBL) (Entered: 09/14/2011) |
| 09/14/2011 | 208 | Amended SENTENCING MEMORANDUM and MOTION for downward departure by Natacha Jihad Pizarro–Campos (Attachments: # 1 Exhibit)(Dellinger, Richard) Modified on 9/15/2011 (SR). (Entered: 09/14/2011) |
| 09/16/2011 | 209 | RESPONSE 208 Amended SENTENCING MEMORANDUM and MOTION for downward departure by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 09/16/2011) |
| 09/28/2011 | 210 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC08. Signed by Judge Mary S. Scriven on 9/15/11. Processed 9/23/11.(jc) (Entered: 09/28/2011) |
| 10/06/2011 | 211 | ORDER on 208 Defendant Natacha Jihad Pizarro–Campos's Amended Sentencing Memorandum and Motion for Downward Departure. Signed by Judge Mary S. Scriven on 10/6/2011. (ABG) (Entered: 10/06/2011) |
| 10/06/2011 | 212 | SUPPLEMENT re 208 Amended SENTENCING MEMORANDUM and MOTION for downward departure (Dellinger, Richard) Modified on 10/7/2011 (SR). (Entered: 10/06/2011) |
| 10/21/2011 | 214 | SECOND AMENDED NOTICE OF SENTENCING HEARING as to Natacha Jihad Pizarro–Campos. Sentencing is rescheduled for Thursday, 11/17/2011 at 11:00 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. All Objections to the Pre–Sentence Report or Motions pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. One hour has been set aside for this hearing. Defendant's presence is required. Spanish Interpreter is required. (NBL) copies mailed/e–mailed (Entered: 10/21/2011) |

| | | |
|---|---|---|
| 10/24/2011 | 215 | Unopposed MOTION to Reschedule Sentencing Hearing re 214 Notice of hearing by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) Modified on 10/24/2011 (SR). (Entered: 10/24/2011) |
| 10/26/2011 | 216 | ENDORSED ORDER GRANTING 215 Defendant's Unopposed Motion to Reschedule Sentencing Hearing as to Natacha Jihad Pizarro–Campos (4). This sentencing hearing is rescheduled for **Tuesday, November 15, 2011 at 11:00 a.m.** before U.S. District Judge Mary S. Scriven, U.S. District Court, 401 West Central Blvd., Orlando, Florida. All Objections to the Pre–Sentence Report or Motions pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. Defendant's presence is required. Spanish Interpreter is required. One (1) hour is set aside for this sentencing hearing. Signed by Judge Mary S. Scriven on 10/26/2011. (NBL) copies mailed/e–mailed (Entered: 10/26/2011) |
| 11/17/2011 | 219 | Minute Entry (SENTENCING HEARING DAY 1) Proceedings held before Judge Mary S. Scriven held on 11/15/2011 as to Natacha Jihad Pizarro–Campos. Court accepts Defendant's plea of guilty to Count 1 of the Indictment. Oral Motion by the Defense for continuance of sentencing until the issues are resolved. Counsel shall file a Sentencing Status Report on or before the 15th day of each month as to Defendant's readiness for sentencing. Statement by: Patricia Campos, mother. Attorneys present: David Haas, AUSA, Richard Dellinger. Time: 10:53 am to 12:44 pm. Court Reporter: Koretta Stanford (Interpreter/Language: Etienne VanHissenhoven/Spanish) (NBL) (Entered: 11/17/2011) |
| 11/17/2011 | 220 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count One of the Indictment as to Natacha Jihad Pizarro–Campos. Signed by Judge Mary S. Scriven in Open Court on 11/15/2011. (NBL) copies mailed/e–mailed (Entered: 11/17/2011) |
| 11/17/2011 | 221 | ORAL MOTION to continue sentencing to resolve pending issues by Natacha Jihad Pizarro–Campos made in Open Court on 11/15/2011. (NBL) (Entered: 11/17/2011) |
| 11/17/2011 | 222 | ORAL ORDER GRANTING 221 Oral Motion to continue sentencing as to Natacha Jihad Pizarro–Campos (4). The parties are directed to file a Status Report on or before the 15th day of each month as to the status of proceeding with sentencing as to Natacha Pizarro–Campos. Rendered in Open Court by Judge Mary S. Scriven on 11/15/2011. (NBL) (Entered: 11/17/2011) |
| 11/21/2011 | 223 | NOTICE *of Filing* by USA as to Natacha Jihad Pizarro–Campos re 222 Order on motion to continue (Haas, David) (Entered: 11/21/2011) |
| 11/23/2011 | 224 | MOTION to strike *Appeal Waiver from Plea Agreement and Memorandum in Support* by Natacha Jihad Pizarro–Campos. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dellinger, Richard) (Entered: 11/23/2011) |
| 11/29/2011 | 225 | ENDORSED CJA 21 as to Natacha Jihad Pizarro–Campos: authorization to pay Laura Cruz for expert services Voucher 610191–04–LC09. Signed by Judge Mary S. Scriven on 11/16/11. Processed 11/28/11.(jc) (Entered: 11/29/2011) |
| 12/07/2011 | 226 | RESPONSE in opposition by USA as to Natacha Jihad Pizarro–Campos re 224 Motion to strike *appeal waiver from plea agreement* (Attachments: # 1 Attachment A)(Haas, David) (Entered: 12/07/2011) |
| 12/09/2011 | 227 | TRANSCRIPT of Sentencing Hearing – Day 1 as to Natacha Jihad Pizarro–Campos held on 11/15/2011 before Judge Mary S. Scriven. Court Reporter/Transcriber Koretta Stanford, Telephone number 407–872–1715. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 12/30/2011, Redacted Transcript Deadline set for 1/9/2012, Release of Transcript Restriction set for 3/8/2012. (KS) (Entered: 12/09/2011) |
| 12/09/2011 | 228 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, doc. 227. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a |

| | | copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizarro–Campos. Court Reporter: Koretta Stanford (KS) (Entered: 12/09/2011) |
|---|---|---|
| 12/13/2011 | 229 | ORDER DENYING 224 Defendant Natacha Jihad Pizarro–Campos's Motion to Strike Appeal Waiver from Plea Agreement. Signed by Judge Mary S. Scriven on 12/13/2011. (ABG) (Entered: 12/13/2011) |
| 12/15/2011 | 230 | STATUS REPORT by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 12/15/2011) |
| 12/15/2011 | 231 | STATUS REPORT by Natacha Jihad Pizarro–Campos (Dellinger, Richard) (Entered: 12/15/2011) |
| 12/29/2011 | 232 | NOTICE OF HEARING as to Natacha Jihad Pizarro–Campos. Sentencing set for 1/24/2012 at 10:30AM in **Orlando Courtroom 3 A** before Judge Mary S. Scriven. Spanish interpreter required. Counsel are to notify the Courtroom Deputy Clerk if they believe the sentencing will be longer than 30 minutes. (APV) (Entered: 12/29/2011) |
| 01/24/2012 | 233 | Minute Entry for proceedings held before Judge Mary S. Scriven: Denying 208 motion for downward departure as to Natacha Jihad Pizarro–Campos (4); SENTENCING held on 1/24/2012 for Natacha Jihad Pizarro–Campos (4), Count 1, Imprisonment – 120 Months. Supervised Release – 5 Years. Mandatory drug testing imposed. Special Conditions of Supervised Release – Participate in a substance abuse treatment program; Participate in a mental health treatment program; Cooperate with DNA; Fine Waived; Special Assessment – $100.00 Due Immediately. Forfeitures pursuant to the Plea Agreement. Remanded to the custody of the U.S. Marshal. Defendant informed of right to appeal. Count 2, 4–7, Dismissed. Court Reporter: Diane Peede (Interpreter/Language: Maria Landau – Spanish) (Entered: 01/24/2012) |
| 01/24/2012 | 234 | ACKNOWLEDGMENT of right to appeal executed as to Natacha Jihad Pizarro–Campos. (CH) (Entered: 01/24/2012) |
| 01/25/2012 | 235 | NOTICE OF APPEAL by Natacha Jihad Pizarro–Campos re Final Judgment. Filing fee not paid. (Dellinger, Richard) Modified on 1/26/2012 (SR). Modified on 2/3/2012 (JET). FINAL JUDGMENT HAS NOT YET BEEN ENTERED. Modified on 2/28/2012 (JET). Notice of Appeal was refiled at 243 after Judgment entered at 242. (Entered: 01/25/2012) |
| 01/27/2012 | 237 | ENDORSED CJA 24 as to Natacha Jihad Pizarro–Campos: authorization to pay Koretta Stanford for transcript Voucher ORL2411–029. Signed by Judge Mary S. Scriven on 1/18/12. Processed 1/26/12.(jc) (Entered: 01/27/2012) |
| 02/08/2012 | 239 | TRANSCRIPT of Suppression Hearing as to Natacha Jihad Pizarro–Campos held on 05/18/2011 before Judge Mary S. Scriven. Court Reporter/Transcriber Koretta Stanford, Telephone number 407–872–1715. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/29/2012, Redacted Transcript Deadline set for 3/12/2012, Release of Transcript Restriction set for 5/8/2012. (KS) (Entered: 02/08/2012) |
| 02/08/2012 | 240 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, doc. 239. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizarro–Campos. Court Reporter: Koretta Stanford (KS) (Entered: 02/08/2012) |
| 02/23/2012 | 241 | ENDORSED CJA 24 as to Natacha Jihad Pizarro–Campos: authorization to pay Koretta Stanford for transcript Voucher ORL2411–030. Signed by Judge Mary S. Scriven on 2/3/12. Processed 2/22/12(jc) (Entered: |

| | | 02/23/2012) |
|---|---|---|
| 02/27/2012 | 242 | JUDGMENT as to Natacha Jihad Pizarro–Campos (4), Count 1, Imprisonment – 120 Months. Supervised Release – 5 Years. Mandatory drug testing imposed. Special Conditions of Supervised Release – Participate in a substance abuse treatment program; Participate in a mental health treatment program; Cooperate with DNA; Fine Waived; Special Assessment – $100.00 Due Immediately. Forfeitures pursuant to the Plea Agreement. Remanded to the custody of the U.S. Marshal. Defendant informed of right to appeal.; Count 2, Dimsissed; Count 4–7, Dismissed. Signed by Judge Mary S. Scriven on 2/23/2012. (CH) COPIES MAILED Modified on 2/27/2012 (CH). (CH). (Entered: 02/27/2012) |
| 02/27/2012 | 243 | NOTICE OF APPEAL by Natacha Jihad Pizarro–Campos re 242 Judgment Filing fee not paid. (Dellinger, Richard) (Entered: 02/27/2012) |
| 02/28/2012 | | TRANSMITTAL of initial appeal package as to Natacha Jihad Pizarro–Campos to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 243 Notice of appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (PML) (Entered: 02/28/2012) |
| 04/10/2012 | 244 | ENDORSED CJA 20 as to Natacha Jihad Pizarro–Campos: authorization to pay Richard Dellinger – Voucher ORL2012–031. Signed by Judge Mary S. Scriven on 3/16/12. Rtnd by Circuit 4/5/12. Processed 4/9/12.(jc) (Entered: 04/10/2012) |
| 04/18/2012 | 245 | RETURN of judgment executed as to Natacha Jihad Pizarro–Campos on 4/10/12. Institution: FCI Tallahassee. (JET) (Entered: 04/18/2012) |
| 05/17/2012 | 246 | TRANSCRIPT of the sentencing as to Natacha Jihad Pizarro–Campos held on January 24, 2012, before Judge Mary S. Scriven. Court Reporter/Transcriber Diane Peede, Telephone number (407) 615–0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 6/7/2012, Redacted Transcript Deadline set for 6/18/2012, Release of Transcript Restriction set for 8/15/2012. (DP) (Entered: 05/17/2012) |
| 05/17/2012 | 247 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT (doc. #246). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizarro–Campos. Court Reporter: Diane Peede (DP) (Entered: 05/17/2012) |
| 06/18/2012 | 248 | ENDORSED CJA 24 as to Natacha Jihad Pizarro–Campos: authorization to pay Diane Peede for transcript Voucher ORL2412–018. Signed by Judge Mary S. Scriven on 6/7/12. Processed 6/15/12.(jc) (Entered: 06/18/2012) |
| 06/28/2012 | 249 | TRANSCRIPT information form filed by USA as to Natacha Jihad Pizarro–Campos for proceedings held on 6/22/2012 before Judge Gregory J. Kelly re 243 Notice of appeal USCA number: 12–11147–AA (Haas, David) (Entered: 06/28/2012) |
| 07/03/2012 | 250 | COURT REPORTER ACKNOWLEDGEMENT by Diane Peede re 243 Notice of appeal as to Natacha Jihad Pizarro–Campos Estimated transcript filing date: August 3, 2012. USCA number: 12–11147–AA. (DP) (Entered: 07/03/2012) |
| 07/18/2012 | 251 | TRANSCRIPT of the change of plea for the date of June 22, 2011, held before Judge Gregory J. Kelly, re: 235 Notice of appeal as to Natacha Jihad Pizarro–Campos. Court Reporter/Transcriber Diane Peede, Telephone number 407–615–0305. Tape Number: digital. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. |

|  |  | After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/8/2012, Redacted Transcript Deadline set for 8/20/2012, Release of Transcript Restriction set for 10/16/2012. (DP) (Entered: 07/18/2012) |
|---|---|---|
| 07/18/2012 | 252 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT (doc. no. 251). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Natacha Jihad Pizarro–Campos. Court Reporter: Diane Peede (DP) (Entered: 07/18/2012) |
| 07/18/2012 | 253 | NOTIFICATION that transcript has been filed by Diane Peede re: 235 Notice of appeal as to Natacha Jihad Pizarro–Campos USCA number: 12–11147–AA (DP) (Entered: 07/18/2012) |
| 08/31/2012 | 254 | REQUEST to U.S. Probation Office for Pre–sentence Report as to Natacha Jihad Pizarro–Campos (JET) (Entered: 08/31/2012) |
| 09/06/2012 | 255 | CERTIFICATE of readiness and Record on Appeal sent to USCA as to Natacha Jihad Pizarro–Campos re: 243 Notice of appeal. ROA consists of: PSI; volume of pleadings: 2; volume of transcripts: 7; volume of exhibits: 2. USCA number: 12–11147–AA (JET) (Entered: 09/06/2012) |
| 03/12/2013 | 256 | MANDATE of USCA as to Natacha Jihad Pizarro–Campos: AFFIRMING the district court's sentence. Mandate Issued: 3/12/13. USCA Number: 12–11147. (Attachments: # 1 USCA Opinion)(MAA) (Entered: 03/13/2013) |
| 03/26/2013 | 257 | Notice of Return of GOVERNMENT exhibits and/or exhibit substitutes as to Natacha Jihad Pizarro–Campos. (Suppression Hearing held on May 18, 2011) *Exhibits placed in U.S. Attorney mail box for pickup. (NBL) copies e–mailed (Entered: 03/26/2013) |
| 03/26/2013 | 258 | NOTICE of Return of DEFENDANT exhibits and/or exhibit substitutes as to Natacha Jihad Pizarro–Campos (Suppression Hearing held on May 18, 2011) [Sent UPS] (NBL)copies e–mailed (Entered: 03/26/2013) |
| 03/28/2013 | 259 | NOTICE *Receipt of exhibits* by Natacha Jihad Pizarro–Campos (Dellinger, Richard) (Entered: 03/28/2013) |
| 03/29/2013 | 260 | NOTICE *of return of exhibits* by USA as to Natacha Jihad Pizarro–Campos (Haas, David) (Entered: 03/29/2013) |
| 11/25/2014 | 261 | MOTION for miscellaneous relief, specifically Pro Se Motion for Modification of Sentence Pursuant to 18 USC 3582(c)(2) *{re: Amendment 782}* by Natacha Jihad Pizarro–Campos. (Dellinger, Richard) Modified on 11/26/2014 (MAA). (Entered: 11/25/2014) |
| 12/10/2014 | 263 | NOTICE OF ATTORNEY APPEARANCE Roberta J. Bodnar appearing for USA. (Bodnar, Roberta) (Entered: 12/10/2014) |
| 12/15/2014 | 264 | ORDER appointing the Federal Public Defender for Amendment 782 proceedings as to Natacha Jihad Pizarro–Campos(4). Signed by Magistrate Judge Gregory J. Kelly on 12/15/2014. ctp (KKA) (Entered: 12/15/2014) |
| 09/30/2015 | 281 | NOTICE *that the Federal Defender's Office has satisfied the requirements imposed by the Amendment 782 Omnibus Order* by Natacha Jihad Pizarro–Campos re 264 Order Appointing the Federal Public Defender for Amendment 782 proceedings. (Song, Danli) (Entered: 09/30/2015) |
| 10/23/2015 | 283 | **ORDER denying 261 Motion for Retroactive Application of Sentencing Guidelines pursuant to Amendment 782 – Title 18 U.S.C. Section 3582 as to Natacha Jihad Pizarro–Campos. Defendant is not eligible for a reduction.. Signed by Judge Mary S. Scriven on 10/23/2015. (APV) (Entered: 10/23/2015)** |
| 11/20/2015 | 284 | Unopposed MOTION to Withdraw as Attorney by Danli Song. by Natacha Jihad Pizarro–Campos. (Song, Danli) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 11/20/2015) |

| 11/25/2015 | 285 | **ORDER granting 284 Motion to Withdraw as Attorney Danli Song withdrawn from case as to Natacha Jihad Pizarro–Campos (4). Signed by Magistrate Judge Gregory J. Kelly on 11/25/2015. ctp (KKA)** (Entered: 11/25/2015) |
|---|---|---|
| 11/03/2020 | 313 | Case as to Rafael Hernandez, Agraciano Diaz Espinoza, Gilberto Alvarez Cervantes, Natacha Jihad Pizarro–Campos, Edward Schwartz Reassigned to Judge Carlos E. Mendoza. New case number: 6:10–cr–00191–Orl–41GJK. Judge Mary S. Scriven no longer assigned to the case. (ALL) (Entered: 11/03/2020) |
| 01/23/2023 | 357 | Probation Jurisdiction Transferred to Western District of New York as to Natacha Jihad Pizarro–Campos (KNC) (Entered: 01/23/2023) |
| 02/08/2023 | | NOTICE to Western District of New York of a Transfer of Jurisdiction Prob–22 as to Natacha Jihad Pizarro–Campos regarding your case number: 23cr10. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (RN) (Entered: 02/08/2023) |